LORETO STORNELLI, Appellant, *v.* UNITED STATES GYPSUM
COMPANY, Respondent.

(Submitted April 22, 1936; decided May 19, 1936.)

*William L. Clay* for appellant.

*Justin J. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.